UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
vs.

CASE/CITATION NO. 2:06-cr 241 KJM

Krista Cardenas

ORDER TO PAY

SOCIAL SECURITY #: 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
DATE OF BIRTH: 04-01-72
DRIVER'S LICENSE #: A3548253
ADDRESS: 3208 Berkshire Way
         Sac         CA         95864
         City       STATE      ZIP CODE

FILED
JUL 20 2006
CLERK, U.S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION OR PENALTY ASSESSMENT IN THIS CASE, I MUST NOTIFY THE ATTORNEY GENERAL OF THE UNITED STATES IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.

I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE AND CORRECT.

DATE: 7-20-06

_____
DEFENDANT'S SIGNATURE

---

**YOU ARE HEREBY ORDERED TO PAY THE FOLLOWING:**

(X) Fine: $ 279   and a penalty assessment of $ 25   for a TOTAL AMOUNT OF: $ 304   within 90 days/months; or payments of $ _____ per month, commencing _____ and due on the _____ of each month until paid in full.
( ) Restitution: _____
( ) Community Service _____ with fees not to exceed $ _____
    completed by _____
    COURT PROBATION

PAYMENTS must be made by CHECK or MONEY ORDER, payable to: Clerk, USDC and mailed to (circle one):

CLERK, USDC
CENTRAL VIOLATIONS BUREAU
POST OFFICE BOX 105650
ATLANTA, GA 30348-5650

CLERK, USDC
1130 O STREET, RM 5000
FRESNO, CA 93721

CLERK, USDC
650 CAPITOL MALL, RM 2546
SACRAMENTO, CA 95814

Address on envelope

Your check or money order must indicate **your name** and **case/citation number** shown above to ensure your account is credited for payment received.

Date: 7-20-06

_____
U. S. MAGISTRATE JUDGE

Clerk's Office